# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| Patricia Morris | Case No. 3:11-cv-304-RL-CAN |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Wyse Financial Services, Inc. | |
| Defendant. | |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter have reached a settlement.  Plaintiff anticipates being in a position to file a Notice of Dismissal With Prejudice within 30 days to allow time for the parties to fully execute the settlement agreement.

                    RESPECTFULLY SUBMITTED,

                    Macey & Aleman, P.C.

                    By:     /s/ Nicholas J. Prola
                        Nicholas J. Prola
                        233 S. Wacker Drive, Suite 5150
                        Chicago, IL 60606
                        Telephone:  866-339-1156
                        Fax: 312-822-1064
                        Email:  npr@legalhelpers.com
                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2011, a copy of the foregoing Notice was filed electronically. Notice of this filing was sent by placing a copy of the same in the U.S. Mail on December 9, 2011, addressed as follows:

Wyse Financial Services, Inc.
c/o Mr. Ronald A. Walker
3410 South Galena St., Suite 250
Denver, CO 80231

*/s/ Nicholas J. Prola*