# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTHBEND DIVISION

| | |
|---|---|
| Patricia Morris, | Case No. 3:11-cv-304-RL-CAN |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Wyse Financial Services, Inc., | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:  /s/ Nicholas J. Prola
    Nicholas J. Prola
    233 S. Wacker Drive, Suite 5150
    Chicago, IL 60606
    Telephone:  866-339-1156
    Fax: 312-822-1064
    Email:  nprola@maceybankruptcy.com
    Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2013, a copy of the foregoing Notice was filed electronically.  Notice of this filing was sent by placing a copy of the same in the U.S. Mail on May 1, 2013, addressed as follows:

Wyse Financial Services, Inc.
c/o Mr. Ronald A. Walker
3410 South Galena St., Suite 250
Denver, CO 80231


                                             */s/ Nicholas J. Prola*